UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 15-CV-62026-COHN/SELTZER

S. RYAN STRAUSS,

    Plaintiff,

v.

THE CBE GROUP, INC.,
and JOHN DOE

    Defendants.
_____/

## NOTICE TO CLERK TO SELECT A MEDIATOR

As required by the Court 's Order of Referral to Mediation Plaintiff, S. RYAN STRAUSS, requests the Clerk to select a mediator from the list of Certified Mediators on a blind rotation basis.

Respectfully Submitted,

S. Ryan Strauss, Esq.
Pro. Se
2825 NE 26th St.
Fort Lauderdale, Florida 33305
Telephone (954) 557-5702
sryanstrauss@outlook.com


s/S. Ryan Strauss
S. Ryan Strauss Esq.
Florida Bar No. 74425

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 15-CV-62026 – COHN/SELTZER

S. RYAN STRAUSS,

      Plaintiff,
v.

THE CBE GROUP, INC.,
and JOHN DOE

      Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 27, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              /s/ S. Ryan Strauss
                                              S. Ryan Strauss, Esq.

## SERVICE LIST

GOLDEN SCAZ GAGAIN, PLLC
Dale Golden Esq.
dgolden@gsgfirm.com
Ben Raslovich, Esq.
braslavich@gsgfirm.com
201 N. Armenia Ave.
Tampa, FL 33609
Telephone: (813) 251-5500
Facsimile: (866) 251-3675
Attorneys for Defendant,
The CBE GROUP, Inc.