**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 15-62026-CIV-Cohn/Seltzer

**S. Ryan Strauss**
        **Plaintiff,**
**vs.**

**The CBE Group, Inc., et al.**
        **Defendant.**
_____/

### CLERK'S NOTICE OF MEDIATOR DESIGNATION

In accordance with S.D. Fla. L.R. 16.2 (d) (1) (b), the certified mediator identified below is hereby designated to serve as the mediator in this case:

Jill Nexon Berman
Rennert Vogel Mandler & Rodriguez, P.A.
100 SE Second Street
Suite 2900
Miami, FL 33131
Telephone: 305-577-4173
Facsimile: 305-347-6465
Email: jnberman@rvmrlaw.com

The Certified Mediator shall be compensated in accordance with Administrative Order 2008-08 ("in cases where the parties have not agreed on the selection of a mediator which results in the Clerk of the Court designating a mediator on a blind rotating basis ... such designated mediators shall be compensated at the rate of Two Hundred Fifty Dollars ($250) per hour, which includes the mediator's time preparing for and conducting the mediation."). See also S.D. Fla. L.R. 16.2 (b) (7) ("All mediation fees ... shall be due within forty-five (45) days of invoice and shall be enforceable by the Court upon motion.")

Pursuant to S.D. Fla. L.R. 16.2(d)(2), Plaintiff's counsel (or another attorney agreed upon by all counsel of record) shall be responsible for coordinating the mediation conference date and location agreeable to the mediator and all counsel of record. Plaintiff's Counsel in this case is identified below:

Scott Ryan Strauss
2825 NE 26th St
Fort Lauderdale, FL 33305
Telephone: 954-385-9171
Email: srstrauss@outlook.com

DONE at the Federal Courthouse Square, Miami, Florida this 28th day of October, 2015.

        STEVEN M. LARIMORE
        Court Administrator • Clerk of Court

        By: s/Peggy Johnson
        Deputy Clerk

Copies to:
The Honorable James I. Cohn, United States District Judge
All Counsel of Record and/or Pro Se Parties
Jill Nexon Berman, Certified Mediator (Copy Mailed)        Rev. 2013-01