UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-cv-62026 COHN/SELTZER

S. RYAN STRAUSS,

    Plaintiff,

v.

THE CBE GROUP, INC.,
LIVEVOX, INC., and
JOHN DOE
    Defendants.
_____/

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Plaintiff, S. RYAN STRAUSS, respectfully moves this Court to compel Defendant, THE CBE GROUP, Inc., to appear for deposition and to allow the deposition to be taken by videoconference, and, in support thereof, states as follows:

1. On September 28, 2015, United States District Judge Cook referred all non-dispositive pre-trial matters to the United States Magistrate Seltzer. See Order Referring Case to Magistrate Judge, [DE 6 Para. 4].

2. On October 23, 2015, Plaintiff sent Defendant's counsel an email seeking proposed dates for a deposition via videoconference of Defendant's corporate representative within the discovery cutoff of December 9, 2015. [See Ex. A]

3. Plaintiff sent Defendant's counsel another email on October 26, 2015; Defense counsel replied to Plaintiff's email, but would not provide proposed dates. [See Ex. A]

4. Plaintiff sent Defendant's counsel follow-up emails on October 27, October 28 and on October 29, 2015 for deposition of Defendant's Corporate Representative. [See Ex. A]

5. On October 30, 2015, Defendant's counsel finally replied, but would not provide the dates, instead requesting the "areas of inquiry" to identify the "appropriate persons." [See Ex. A]

6. The next day, on October 31, 2015, as requested, Plaintiff sent Defendant's counsel the proposed notice of taking deposition, with topics for inquiry, and provided the date for video-deposition of December 4, 2015 at 1:00pm (et); the name of the deponent was left out.

7. Plaintiff sent Defendant's Counsel follow-up emails confirming the date and time on November 6, November 7, November 11, and November 14, 2015.  [See Ex. A]

8. Plaintiff cannot obtain a court reporter, set or prepare for deposition until Defendant discloses the location of its corporate representative. Plaintiff seeks an order requiring Defendant to provide its corporate representative for deposition and disclose the city and state where the representative is located.

9. Moreover, Federal Rule of Civil Procedure 30(b)(4) requires either an agreement of the parties or a Court Order to take the deposition via videoconferencing, but the Defendant has not agreed to hold the deposition by videoconference.

10. Accordingly, Plaintiff requests that the Court allow the deposition to be taken by video conferencing.

11. Plaintiff agrees to pay the costs of the video conferencing and seek them from Defendant if Plaintiff prevails.

**CERTIFICATION REQUIRED BY S.D. Fla. L.R. 7.1 A 3(a)**

The undersigned counsel certifies that he has conferred with Defendant's counsel in a good faith effort to resolve the issues in this Motion and has been unable to do so.

WHEREFORE, Plaintiff requests an order requiring Defendant to provide its corporate representative for deposition and disclose the name, city and state where the representative is located and to allow the deposition to be held via video-conferencing.

Respectfully submitted,
Scott R. Strauss
Pro. Se Plaintiff
2825 N.E. 26th St.
Fort Lauderdale, Florida 33305
Telephone: (954) 557-5702
sryanstrauss@outlook.com

/s/S. Ryan Strauss
Florida Bar No. 74425

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-cv-62026 COHN/SELTZER

S. RYAN STRAUSS,

Plaintiff,

v.

THE CBE GROUP, INC.,
LIVEVOX, INC., AND
JOHN DOE
Defendants.
_____/

<b><u>CERTIFICATE OF SERVICE</u></b>

I HEREBY CERTIFY that on November 16, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ S. Ryan Strauss

<u>**SERVICE LIST**</u>
**GOLDEN SCAZ GAGAIN, PLLC**
Mr. Dale Golden, Esq.
201 N. Armenia Ave.
Tampa, Florida 33609-2303
Telephone: 813-251-5500
Facsimile: 813-251-3675

**GOLDEN SCAZ GAGAIN, PLLC**
Mr. Benjamin W. Raslavich
201 N. Armenia Ave.
Tampa, Florida 33609-2303
Telephone: 813-251-5500
Facsimile: 813-251-3675