UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 15-CV-62026 COHN/SELTZER

S. RYAN STRAUSS,

    Plaintiff,

v.

THE CBE GROUP, INC. and
LIVEVOX, INC., and
JOHN DOE
    Defendants.

_____/

**DEFENDANT'S STATEMENT OF MATERIAL
FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY
JUDGMENT AND INCORPORATED MEMORANDUM OF LAW**

COMES NOW, Defendant THE CBE GROUP, INC. ("Defendant" or "CBE"), by and through its undersigned counsel, pursuant to Southern District of Florida Local Rule 56.1(a), and hereby files this Statement of Material Fact in Support of Motion for Partial Summary Judgment:

1. Plaintiff brings this action against CBE and others alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.* ("TCPA"), the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. § 559, *et seq.* ("FCCPA"). *See,* DE 12, generally.

2. All of Plaintiff's claims are premised upon CBE's placement of telephone calls to a telephone number CBE believed belong to a debtor. *See,* Declaration of Terry Johnson ("Dec. Johnson") at ¶¶ 11 and 16.

3. Plaintiff has alleged that the telephone number at issue in this case was, in fact, his cellular telephone number at the time the calls in question were placed. *See,* DE 12 at ¶¶ 15 – 16.

4. In April 2014, CBE Group received an account from Verizon New England, Inc. ("Verizon"). The debtor on the account is Jose Baez. Information related to the account was provided electronically by Verizon. The data was then loaded into CBE Group's system. Verizon provided only contact information for the debtor and certain information related to the debt (e.g. the amount due and that the account was associated with landline telephone service). Verizon did not provide any information demonstrating whether the debt associated with Jose Baez's account ("the debt") was incurred for personal, family, or household purposes or for business purposes. CBE Group is not in possession, custody or control of any documentation demonstrating the purpose(s) for which the debt was incurred nor is CBE otherwise aware of the purpose(s) for which the debt was incurred. *See,* Dec. Johnson at ¶¶ 9 – 12.

5. At the time of placement, CBE received telephone number xxx-xxx-4379 from Verizon. *Ibid.* at ¶ 13.

6. From April 14, 2014, until September 25, 2014, CBE Group placed a total of 26 calls to xxx-xxx-4379. Calls were placed on the following dates/times:

> **April 2014**: 14th (3:56pm), 15th (1:38pm), 18th (12:24pm), 19th (9:39am), 21st (12:07pm), 22nd (10:44am, 4:01pm), 23rd (10:37am, 4:43 pm), 28th (10:21am), 30th (12:31pm)
>
> **May 2014**: 5th (9:09am), 8th (1:54pm), 12th (3:17pm), 15th (2:08pm), 20th (5:36pm). 29th (8:26 pm)
>
> **June 2014**: 4th (7:50pm), 12th (9:55am), 16th (4:02pm), 19th (4:56pm), 24th (7:16pm)

       **July 2014**: 1st (7:42pm), 18th (1:01pm)

       **August 2014**: 15th (5:38pm)

       **September 2014**: 25th (8:11pm)

*Ibid.* at ¶ 15.

7. CBE's software system allows employees of the company to input certain information related to the account, such as a summary of any telephone conversations on an account. However, employees do not indicate the dates or times related to inbound or outbound calls. That information is systematically added to the account notes by the software system whenever a called is placed on an account. Moreover, once information is uploaded in the system with respect to an account, it cannot be removed, period. The reason the software is designed in this manner is to ensure the account notes accurately and reliably reflect all activities taken on an account. *Ibid.* at ¶ 8.

8. Of the 26 calls placed to 754-200-4379, six (6) were answered. The six (6) calls took place on April 22, 2014, April 23, 2014, April 30, 2014, May 5, 2014, June 4, 2014, and June 19, 2014. It is CBE's policy to record all telephone conversations that result from incoming calls placed to or outgoing calls place from CBE regarding accounts referred for collection. All telephone conversations are systematically recorded by equipment integrated into CBE's telephone system, i.e. employees do not need to "turn on" the recording system for calls to be recorded. *Ibid.* at ¶ 20.

9. At no point during any call, did the answering party indicate to CBE Group that he was not Jose Baez, that Jose Baez could not be reached at the number called, or that CBE had called a wrong number. Had the answering party indicated that he was not

Jose Baez, that Jose Baez could not be reached at the number called, or that CBE had called a wrong number, CBE would have ceased calling the number. *Ibid.* at ¶ 22.

10. With the exception of the calls placed on April 14 and 15, 2014, all calls placed to 754-200-4379 were dialed solely by CBE's Manual Clicker Application ("MCA"). The MCA is a proprietary software/hardware system developed by an affiliate of CBE for the express purpose of ensuring compliance with the requirements of the Telephone Consumer Protection Act ("TCPA"). *Ibid.* at ¶¶ 24 and 25.

11. The MCA does not use a random or sequential number generator and was designed to make it impossible for the equipment used to have the capacity to store, produce or dial numbers using a random or sequential number generator as required to meet the definition of "automated telephone dialing system" under the TCPA. The MCA was also designed to make it impossible for the system to dial predictively; it does not use predictive algorithms. The MCA does not make internal or automatic decisions regarding how many lines to dial nor does it automatically adjust call rates to match agents with calls based upon availability. The MCA is therefore not a "predictive dialer." Likewise, the MCA does not automatically determine when numbers are to be called. The MCA does not have this timing function. *Ibid.* at ¶¶ 27 – 29.

12. No calls can be placed via the MCA without human intervention. All calls made via the MCA require manual initiation for each and every phone number dialed. CBE uses various sources to determine whether any telephone number related to an account is a cellphone. When a number is identified as a cellphone number, it is segregated and thereafter called exclusively using the MCA. In order for a number to be called using the MCA, the CBE Group employee using the MCA must manually

initiate the call by using a computer component (i.e. the computer's mouse or keyboard enter key) to physically "click". The employee's act of "clicking" is what initiates the call to an identified cell phone number. *Ibid.* at ¶¶ 30 – 34.

13. The rate at which MCA agents are allowed to initiate calls in the MCA is also controlled by human decisions made by employees within CBE Group's Internal Command Center, which monitors and adjusts call pacing and line allocation accordingly, in a manual and non-predictive manner. *Ibid.* at ¶ 35.

14. When a call is initiated by a CBE employee via the MCA, the call does not pass through a telephone system or dialing device that is an automatic telephone dialing system, predictive dialer, or that uses a random or sequential number generator. When a call is initiated by a CBE employee using the MCA, the telephone system does not utilize lists of phone numbers that the equipment dials without human intervention and then assists in predicting when an agent is available to take the call. *Ibid.* at ¶¶ 36 and 37.

15. CBE placed no calls to 754-200-4379 using a prerecorded or artificial voice message. *Ibid.* at ¶ 38.

                                                                               Respectfully submitted by:

                                                                               /s/ Dale T. Golden
                                                                            DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
 /s/ Benjamin W. Raslavich
**BENJAMIN W. RASLAVICH, ESQ.**
Florida Bar No.: 0102808
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
P: (813) 251-5500; F: (813) 251-3675
dgolden@gsgfirm.com; braslavich@gsgfirm.com
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 4, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/ Benjamin W. Raslavich
BENJAMIN W. RASLAVICH, ESQ.
Florida Bar No.: 0102808