UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 15-CV-62026-Cohn/Seltzer

S. RYAN STRAUSS,

    Plaintiff,

v.

THE CBE GROUP, INC.
and VERIZON NEW ENGLAND, INC.

    Defendants.
_____/

## PLAINTIFF'S RULE 26 INITIAL DISCLOSURE

Plaintiff S. Ryan Strauss ("Plaintiff"), pursuant to 26(a) of the Federal Rules of Civil Procedure, hereby makes the disclosures set forth below. Plaintiff makes these disclosures based on the information presently available, and reserves the right to supplement these disclosures as discovery progresses, whether by supplementing these Rule 26 disclosures or through responses to discovery requests that Defendants may propound during litigation:

**(A)    Individuals Likely to Have Discoverable Information**

1.    Plaintiff, who has knowledge of the communications between Plaintiff and Defendants. Plaintiff's address is: Mr. Scott Ryan Strauss, 2825 NE. 26th St. Fort Lauderdale, FL 33025.

2.    Jeffrey Hansen 2625 Kings View Cir., Spring Valley, CA 91977, 619-270-2363 (EXPERT WITNESS - Automatic Telephone Dialing System).

3.    T-Mobile Record Custodian. T-Mobile Subpoena Compliance 4 Sylvan Way Parsippany, NJ 07054, Fax - 973.292.8697, 973.292.8911.

4.    Darryl Browning, Metro PCS Record Custodian. Custodian of Record, 2250 Lakeside Blvd Richardson, TX 75082 Voice: 800-571-1265, Fax: 972-860-2635.

5. Record Custodian for Verizon New England, Inc. 185 Franklin St., Floor 4, Boston, MA 02110- 1532.

6. Michael K. Spiroff, Verizon Recovery Manager, Verizon Wireless, 185 Franklin St., Floor 4, Boston, MA 02110- 1532.

7. Terry Johnson, The CBE Group, Inc. 1309 Technology Parkway, Cedar Falls, IA 50613.

8. Bob Kahler, The CBE Group, Inc 1309 Technology Parkway, Cedar Falls, IA 50613.

9. Nick Michael, The CBE Group, Inc, 1309 Technology Parkway, Cedar Falls, IA 50613.

10. Paul Schaeffer, LiveVox, Inc. 450 Samsome St., Suite 910, San Francisco, CA, 94111.

11. All witnesses anticipated to be provided by the Defendant, Verizon, in its Rule 26(a)(1) Initial Disclosure and any amendments thereto.  Plaintiff is unable to state at this time the subject matter of these witnesses testimony.

12. All parties to any litigation, past and present, to which the Defendants were a party whose names, addresses and telephone numbers are presently unknown to the Plaintiff. Plaintiff is unable to state at this time the subject matter of these witnesses testimony.

13. All current and former Officers, employees and agents of the Defendants, Justin Comer, and whose names, addresses and telephone numbers are presently unknown to the Plaintiff. Plaintiff is unable to state at this time the subject matter of these witnesses testimony.

**(B) Description by Category of Relevant Documents**

Plaintiff has in his possession, custody or control, and will or already has produced to

Defendant, the following materials that Plaintiff may use to support his claim:

1. Pictures of Incoming calls, Missed and Outgoing calls, which Plaintiff received from Defendant(s), text messages from cellular company of Plaintiff's account number.

2. Correspondences

3. Emails between Plaintiff and Defendant(s).

4. Contract and documents between LiveVox, Verizon New England, Inc. and CBE Group, Inc. produced by LiveVox.

5. Policies and Procedures by CBE Group Inc. produced in discovery.

6. Answers to Interrogatories by CBE Group, Inc.

7. Account notes produced by The CBE Group, Inc.

**(C) Computation of Damages**

1. Regarding the Telephone Consumer Protection Act, statutory damages of $500.00 per violation and treble damages of up to $1,500.00 per violation plus costs pursuant to 47 U.S.C §227, *et seq*. Regarding the Fair Debt Collection Practices Act, statutory damages of $1000.00 plus attorney's fees and costs pursuant to 15 U.S.C. §1692, et seq. Regarding the Florida Consumer Collection Practices Act, statutory damages of $1000.00 plus attorney's fees and costs.

2. Declaratory and injunctive relief.

3. Costs and litigation expenses.

**(D) Insurance Agreement**

Plaintiff does not maintain any insurance agreement that may satisfy any judgment related to this action.

                         RESPECTFULLY SUBMITTED,

                         Law Offices of Steven C. Holzman, PA
                         STEVEN C. HOLZMAN
                         Fla. Bar No. 667617
                         scholzman@gmail.com
                         Attorney for Plaintiff

                         4400 North Federal Highway
                         Lighthouse Point, FL 33064
                         Phone: 561-789-5366

## **CERTIFICATE OF SERVICE**

      I certify that on this 29th day of February, 2016, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

GOLDEN SCAZ GAGAIN, PLLC
Dale Golden Esq.
dgolden@gsgfirm.com

201 N. Armenia Ave.
Tampa, FL 33609
Telephone: (813) 251-5500
Facsimile: (866) 251-3675
Attorneys for Defendants,
Verizon New England, Inc and
The CBE GROUP, Inc.