1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

S. RYAN STRAUSS,

    *v.*

THE CBE GROUP, INC. and

JOHN DOE,

      *Defendants.*

Case No. 15-62026-CIV-COHN/SELTZER

**DECLARATION OF JEFFREY A.**
**HANSEN**

# DECLARATION OF JEFFREY A. HANSEN

On this day, March 2, 2016, I, JEFFREY A. HANSEN declare under penalty of

perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following

statements are true and correct:

1. My legal name is Jeffrey A. Hansen.

2. I am over the age of 18 and am otherwise competent to make this Declaration.

3. The information contained in this declaration is based upon my personal knowledge gained throughout my professional experience, extensive involvement with CBE's dialing device, as well as my review of relevant business records and the specific electronic information and data related to the account at issue in this litigation.

4. As highlighted in my Expert Report, in addition to reviewing the Noble Systems predictive dialer in numerous other matters, and my own personal knowledge of the Noble Systems predictive dialer, I reviewed the Noble Systems dialer manual supplied by CBE in *Myriam Almaraz V. The CBE Group* on April 24, 2015.  The manual was for Noble Maestro 7.0, containing 4 volumes and almost 1,400 pages.

5. I am familiar with CBE's Noble Dialing Device that was utilized from April 11, 2014 through June 4, 2014.

6. I have reviewed the Manual for the MCA provided to the Plaintiff in Discovery.

7. I am familiar with the Manual for the MCA provided to Plaintiff in discovery.

*STRAUSS v. THE CBE GROUP, INC.*
DECLARATION OF JEFFREY A. HANSEN

8. CBE used the Noble Dialing Device and the MCA as previously outlined in my Expert Report Dated January 29, 2016.

9. CBE's dialing device was operated from April 11, 2014- June 4, 2014 to call the plaintiff as specified in the MCA Manual.

10. As illustrated in Exhibit R - Deposition transcript of Terry Johnson page 110 lines 1-23, attached to my Expert Report, numbers clicked by the MCA application are called using one of two Noble Systems predictive dialers: Corphost1 and Corphost2. The Manual Clicker Application Manual shows the Manual Clicker Application configured to use the Noble Systems predictive dialer "Corphost1" to make those calls (Bates Number CBE0112 and CBE0114).

11. Upon review of the Supplemental documents provided by CBE, my opinion that CBE used and ATDS or Predictive dialer from April 11, 2014- June 4, 2014 to contact the Plaintiff, S. Ryan. Strauss.

Executed on this 2nd day of March, 2016.

Jeffrey A. Hansen

3