UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62026-CIV-COHN/SELTZER

S. RYAN STRAUSS,

    Plaintiff,

v.

THE CBE GROUP, INC., and VERIZON
NEW ENGLAND, INC.

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Seal Its Statement of Disputed Material Facts and Its Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment [DE 84] ("Motion").  The Court has reviewed the Motion and is otherwise fully advised in the premises.  It is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Seal Its Statement of Disputed Material Facts and Its Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment [DE 84] is **GRANTED**.  Plaintiff's Statement of Disputed Material Facts [DE 86] and Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment [DE 87] shall remain under seal until further Order of the Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of March, 2016.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via email