UNITED STATES DISTRICT COURT
SOUTHISN DISTRICT OF FLORIDA
CASE NO. 15-cv-62026-COHN/SELTZER

S. RYAN STRAUSS, individually,
Plaintiff,
v.
THE CBE GROUP, INC.
a Florida corporation,
and
VERIZON NEW ENGLAND, INC.
Defendants.
_____/

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY BRIEF**

Comes now, Plaintiff S. RYAN STRAUSS, ("Plaintiff"), by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 6, and hereby files this **opposed** Motion For Extension of Time and hereby submits as follows:

1. Defendant, pursuant to Local Rule 7.1(a)(3) failed to confer with opposing counsel prior to filing its "Amended Motion For Extension of Time to File Response/Reply Briefs."

2. Defendants intentionally withheld the reasons as articulated in ¶ ¶ 12 and 13 of their amended motion. [See DE 94].

3. Verizon was well aware of their duties and responsibilities when Mr. Golden was retained, including the forthcoming deadlines.

4. On February 19, 2016, Plaintiff and the undersigned counsel, had a telephone conversation with Ms. Meryl Friedman, Senior Paralegal at Verizon, and discussed the pending case in detail including Verizon's responsibilities and deadlines.

5. Plaintiff attempted to amicably resolve this matter with Verizon and without the

     need for further litigation including their upcoming deadlines and responsibilities.

6. Following Plaintiff's conversations, Verizon conferred with CBE, whereby Ms. Friedman specifically told Plaintiff and counsel that they were tendering this matter to CBE to "test a theory".  [See Ex. A – Email with Meryl Friedman].

7. Plaintiff attempted to confer with opposing counsel before filing the instant Motion.  [See Ex. B – Email with Mr. Dale Golden].

8. For the foregoing reasons, Defendants have not shown good cause and their Motion for Extension of Time should be denied.

WHEREFORE, Plaintiff S. RYAN STRAUSS, through it's undersigned counsel respectfully request that the Court deny Defendant's Motion for Extension of Time.

Dated: March 14, 2016

                                                 Respectfully submitted,

                                                       /s/ Steven Holzman
                                                         Steven Holzman
                                                      Florida Bar 667617
                                                   Attorney for Plaintiff
                                                   4400 N. Federal Hwy.
                                             Lighthouse Point, FL 33064
                                                         561-789-5366
                                             scholzmanlaw@gmail.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 14, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                                                /s/ Steven Holzman

**SERVICE LIST**
**GOLDEN SCAZ GAGAIN, PLLC**
Mr. Dale Golden, Esq.
201 N. Armenia Ave.
Tampa, Florida 33609-2303
Telephone: 813-251-5500
Facsimile: 813-251-3675

**GOLDEN SCAZ GAGAIN, PLLC**
Mr. Benjamin W. Raslavich
201 N. Armenia Ave.
Tampa, Florida 33609-2303
Telephone: 813-251-5500
Facsimile: 813-251-3675