UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 15-CV-62026 COHN/SELTZER

S. RYAN STRAUSS,

    Plaintiff,

v.

THE CBE GROUP, INC. and
LIVEVOX, INC., and
JOHN DOE,

    Defendants.

_____/

### **DECLARATION OF TERRY JOHNSON**

On this day, March 14, 2016, I, TERRY JOHNSON declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true and correct:

1. My legal name is Terry Duane Johnson.

2. I am over the age of 18 and am otherwise competent to make this Declaration.

3. At all times material, I was employed by The CBE Companies, Inc. ("CBE"), as Architect Manager. The CBE Group, Inc. ("CBE Group"), is a subsidiary of CBE.

4. The information contained in this declaration is based upon my personal knowledge gained through my employment with CBE, as well as my review of relevant business records and the specific electronic information and data related to the account at issue in this litigation.[1]

---

[1] All documents reviewed in preparation of this Declaration were made in the regular course of CBE Group's business and it was the regular course of CBE Group's business to make such records within a reasonable time of the transactions or occurrences reflected in the documents.

Page **1** of **6**

5. CBE Group is a debt collection agency.[2]

6. Through my employment by CBE, I have gained extensive knowledge of the telephonic hardware and software systems utilized by CBE Group in its business practices.

7. In April 2014, CBE Group received an account from Verizon New England, Inc. ("Verizon"). The debtor on the account is Jose Baez.

8. At the time of placement, CBE Group received telephone number 754-200-4379 from Verizon.

9. 754-200-4379 was the only telephone number CBE Group received from Verizon.

10. From April 14, 2014, until September 25, 2014, CBE Group placed a total of 26 calls to 754-200-4379. Calls were placed on the following dates/times:

> **April 2014**: 14th (3:56pm), 15th (1:38pm), 18th (12:24pm), 19th (9:39am), 21st (12:07pm), 22nd (10:44am, 4:01pm), 23rd (10:37am, 4:43 pm), 28th (10:21am), 30th (12:31pm)
>
> **May 2014**: 5th (9:09am), 8th (1:54pm), 12th (3:17pm), 15th (2:08pm), 20th (5:36pm). 29th (8:26 pm)
>
> **June 2014**: 4th (7:50pm), 12th (9:55am), 16th (4:02pm), 19th (4:56pm), 24th (7:16pm)
>
> **July 2014**: 1st (7:42pm), 18th (1:01pm)
>
> **August 2014**: 15th (5:38pm)
>
> **September 2014**: 25th (8:11pm)

11. Prior to April 16, 2014, CBE Group's processes identified telephone number 754-200-4379 as associated with a landline. In April 2014, CBE was using Noble's

---

[2] This statement should not be construed to mean that CBE Group meets the definition of "debt collector" under the FDCPA/FCCPA with respect to this case or that the obligation at issue in this case was a "debt" as defined by the FDCPA/FCCPA.

predictive dialer to placed calls to telephone numbers identified as being associated with landlines.

12. After April 15, 2016 but before April 18, 2014, CBE Group's processes identified telephone number 754-200-4379 as associated with a cellular telephone. As a result, the calls placed on April 14 and April 15, 2014, were placed using Noble's predictive dialer.

13. All other calls placed by CBE to 754-200-4379 were dialed solely by CBE Group's Manual Clicker Application ("MCA").

14. The MCA is a proprietary software system developed by an affiliate of CBE Group for the express purpose of ensuring compliance with the requirements of the Telephone Consumer Protection Act ("TCPA").

15. As part of my employment and education, I gained extensive knowledge of various types of telephone systems.

16. The MCA does not use a random or sequential number generator and was designed to make it impossible for the equipment used to have the capacity to store, produce or dial numbers using a random or sequential number generator.

17. The MCA was also designed to make it impossible for the system to dial predictively; it does not use predictive algorithms. The MCA does not make internal or automatic decisions regarding how many lines to dial nor does it automatically adjust call rates to match agents with calls based upon availability. The MCA therefore cannot dial predictively.

18. Likewise, the MCA does not automatically determine when numbers are to be called. The MCA does not have this timing function.

19. No calls can be placed via the MCA without human intervention.

20. All calls made via the MCA require manual initiation for each and every phone number dialed.

21. CBE Group uses various sources to determine whether any telephone number related to an account is a cellphone.

22. When a number is identified as a cellphone number, it is segregated and thereafter called exclusively using the MCA.

23. In order for a number to be called using the MCA, the CBE Group employee using the MCA must manually initiate the call by using a computer component (i.e. the computer's mouse or keyboard enter key) to physically "click". The employee's act of "clicking" is what initiates the call to an identified cell phone number.

24. The rate at which MCA agents are allowed to initiate calls in the MCA is also controlled by human decisions made by employees within CBE Group's Internal Command Center, which monitors and adjusts call pacing and line allocation accordingly, in a manual and non-predictive manner.

25. When a call is initiated by a CBE Group employee via the MCA, the call does not pass through a telephone system or dialing device that is an automatic telephone dialing system, predictive dialer, or that uses a random or sequential number generator.

26. When a call is initiated by a CBE Group employee using the MCA, the telephone system does not utilize lists of phone numbers that the equipment dials without human intervention and then assists in predicting when an agent is available to take the call.

27. The calls placed by CBE to 754-200-4379 from April 18, 2016, until June 4, 2016, were placed by the MCA using Noble equipment that does nothing other than supply connectivity to the telephone carriers' network. As part of my employment with CBE Group, I gained extensive knowledge of the Noble equipment used by CBE in conjunction with MCA calls to 754-200-4379 from April 18, 2016, until June 4, 2016. The Noble equipment used in conjunction with the MCA is not the Noble predictive dialer that was used to place the April 14, and April 15, 2014 calls to 754-200-4379. Instead, it is completely independent and separate from the Noble predictive dialer used to place the April 14, and April 15, 2014 calls to 754-200-4379.

28. The Noble equipment used in conjunction with the MCA to place calls to 754-200-4379 from April 18, 2016, until June 4, 2016, cannot dial predictively, does not use a random or sequential number generator, and does not have the capacity to store, produce, or dial numbers using a random or sequential number generator.

29. The calls placed by CBE to 754-200-4379 after June 4, 2016, were placed by the MCA using the LiveVox HCI device to gain connectivity to the telephone carriers' network. As part of my employment with CBE Group, I gained extensive knowledge of the LiveVox HCI device used by CBE to placed calls to 754-200-4379 after June 4, 2016.

30. The LiveVox HCI device used in conjunction with the MCA to place calls to 754-200-4379 after June 4, 2016, cannot dial predictively, does not use a random or sequential number generator, and does not have the capacity to store, produce, or dial numbers using a random or sequential number generator.

31. CBE Group placed no calls to 754-200-4379 using a prerecorded or artificial voice message.

Executed on this __14th__ day of March, 2016.

                                                                    Terry Johnson