UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62026-CIV-COHN/SELTZER

S. RYAN STRAUSS,

    Plaintiff,

v.

THE CBE GROUP, INC., and
VERIZON NEW ENGLAND, INC.,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon its separately entered Order on Motions for Summary Judgment [DE 113]. It is thereupon

**ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff S. Ryan Strauss and against Defendant The CBE Group, Inc. on Count I of the Second Amended Complaint [DE 62] for calls placed on April 14 and 15, 2014.

2. Plaintiff S. Ryan Strauss shall recover $1,000 from Defendant The CBE Group, Inc. for this claim. This award shall bear interest at the rate of 0.67% per annum from the date of this Final Judgment, for which let execution issue.

3. Judgment is entered in favor of Defendants The CBE Group, Inc. and Verizon New England, Inc. and against Plaintiff S. Ryan Strauss for the remainder of the incidents alleged in Count I.

4. Judgment is entered in favor of Defendant The CBE Group, Inc. and against Plaintiff S. Ryan Strauss for Counts II and III.  Plaintiff shall take nothing from Defendant on these claims.

5. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of March, 2016.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF